UNITED STATES DISTRIC COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO REC'D/FILED 2016 NOV 17 PM 3:49 PETER OPPENEER CLERK US DIST COURT WD OF WI

SHARIF HAMZAH,	CASE NUMBER 13 – CV- 491

PLAINTIFF,	NOTICE OF APPEAL

VS.

WOODMAN'S FOOD MARKETS INC.,

DEFENDANT.

---

Notice is hereby given that Sharif Hamzah, plaintiff in the above name case here by appeal to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action on the 21st day of October, 2016.

Sharif Hamzah, Pro Se
1150 Jenifer St., apt. 2
Madison, Wisconsin
53703

*[signature]*