IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHARIF HAMZAH,

                Plaintiff,                      ORDER

v.

                                              13-cv-491-wmc

WOODMAN'S FOOD MARKET, INC.,            Appeal No. 16-3943

                Defendant.

---

On November 30, 2016, plaintiff Sharif Hamzah filed a motion for transcript fee waiver (dkt. #161), which the court construes as a motion for preparation of the trial transcripts at government expense. Under 28 U.S.C. § 753(f), a party proceeding *in forma pauperis* is entitled to a free transcript if the party files an appeal and the court determines that the appeal "is not frivolous (but presents a substantial question)." On November 28, 2016, the court granted plaintiff leave to proceed *in forma pauperis* on his appeal and the court has already concluded that the appeal is not taken in bad faith. Although the court sees no error in the court's rulings or the jury verdict, the court does not believe that the appeal is frivolous. Accordingly plaintiff's motion will be granted.

ORDER

IT IS ORDERED that the request for preparation of transcripts at government's expense filed by plaintiff Sharif Hamzah (dkt. #161), is GRANTED. The court reporter is directed to prepare a transcript of the jury selection held on October 17, 2016, and trial held on October 21, 2016, and furnish copies to plaintiff and to the defendant, with the fees to be paid by the United States, pursuant to 28 U.S.C. § 753(f).

Entered this 6th day of December, 2016.

BY THE COURT:

WILLIAM M. CONLEY
District Judge